MANDOUR & ASSOCIATES, APC
JOSEPH A. MANDOUR, III (SBN 188896)
Email: jmandour@mandourlaw.com
BEN T. LILA (SBN 246808)
Email: blila@mandourlaw.com
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Telephone: (858) 487-9300
Facsimile: (858) 487-9390
Attorneys for plaintiff,
TROWBRIDGE SIDOTI LLP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROWBRIDGE SIDOTI LLP, a California Limited Liability Partnership,<br><br>Plaintiffs,<br><br>v.<br><br>KIM LISA TAYLOR, an individual; and SYNDICATION ATTORNEYS, PLLC, a Florida Professional Limited Liability Company,<br><br>Defendants.<br><br>KIM LISA TAYLOR and SYNDICATION ATTORNEYS, PLLC, a Florida Professional Limited Liability Company,<br><br>Counterclaimants,<br><br>v.<br><br>TROWBRIDGE SIDOTI LLP, a California Limited Liability Partnership,<br><br>Counterclaim Defendant. | Case No. 8:16-cv-00771-ODW-SK<br><br>**JOINT LIST OF TERMS FOR REAL-TIME REPORTING REQUIREMENT** |

Pursuant to this Court's Scheduling Order, plaintiff TROWBRIDGE SIDOTI LLP and defendants KIM LISA TAYLOR and SYNDICATION ATTORNEYS, PLLC hereby submit this Joint List of Terms for the Court's Real-Time Reporting Requirement:

The Parties:

Plaintiff and Counterclaim Defendant: Trowbridge Sidoti LLP

Defendants and Counterclaimants: Kim Lisa Taylor and Syndication Attorneys PLLC

Witnesses:
1. Eugene "Gene" Trowbridge
2. Jillian Sidoti
3. Kim Taylor
4. David "Dave" Utley
5. Steve Austin, plaintiff's expert
6. Richard Balog, defendant's expert
7. Tim Ivey
8. Chris Guillet
9. Matt McFarland of Keystone CPA, Inc.

Law Firms referred to in the case:

Law Offices of Gene Trowbridge

Trowbridge & Taylor LLP

Trowbridge Taylor & Sidoti LLP

Trowbridge Sidoti LLP

Syndication Attorneys PLLC

Domain names referred to in the case:

SyndicationLawyer.com

SyndicationLawyers.com

SyndicationAttorneys.com

TrowbridgeAndTaylor.com

TrowbridgeTaylor.com

TrowbridgeTaylorLaw.com

TrowbridgeAndTaylorLaw.com

TrowbridgeAndTaylorLLP.com

Regaattorney.com

Reg-A.com

Regulation-a.com

Regulationas.com

Privatemoneylaw.com

Thesyndicationattorneys.com

CrowdFundingLawyers.net

CrowdFundingAttorneys.net

GeneTrowbridge.com

Technical terms:

Regulation A or "Reg A" (pronounced "reg ay")

Respectfully submitted,

Dated: September 18, 2017          /s/ Ben T. Lila
Ben T. Lila (SBN 246808)
Email: blila@mandourlaw.com
Attorneys for plaintiff and
counterclaim defendant,
TROWBRIDGE SIDOTI LLP

Dated: September 18, 2017          NARVID SCOTT LLP


          /s/ Robert Peter Weiss
Robert Peter Weiss
Email: rweiss@narvidscott.com
Attorneys for Defendants,
KIM LISA TAYLOR and
SYNDICATION ATTORNEYS, PLLC

# CERTIFICATE OF SERVICE

I hereby certify that on the below date, I filed the foregoing:

**JOINT LIST OF TERMS FOR REAL-TIME REPORTING REQUIREMENT**

with the Court's CM/ECF electronic filing system, which will provide notice of the same on the following:

>Robert Peter Weiss
>NARVID SCOTT LLP
>15165 Ventura Boulevard, Suite 315
>Encino, CA 91403
>Telephone: (818) 907-8986
>Facsimile: (818) 907-9896
>Email: rweiss@narvidscott.com
>Attorneys for Defendants,
>KIM LISA TAYLOR and
>SYNDICATION ATTORNEYS, PLLC

Dated: September 18, 2017                /s/ Ben T. Lila
                                         Ben T. Lila
                                         Email: blila@mandourlaw.com