MANDOUR & ASSOCIATES, APC
JOSEPH A. MANDOUR, III (SBN 188896)
Email: jmandour@mandourlaw.com
BEN T. LILA (SBN 246808)
Email: blila@mandourlaw.com
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Telephone: (858) 487-9300
Facsimile: (858) 487-9390
Attorneys for plaintiff,
TROWBRIDGE SIDOTI LLP

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROWBRIDGE SIDOTI LLP, a California Limited Liability Partnership, <br><br> Plaintiffs, <br><br> v. <br><br> KIM LISA TAYLOR, an individual; and SYNDICATION ATTORNEYS, PLLC, a Florida Professional Limited Liability Company, <br><br> Defendants. <br><br>———————————————<br><br> KIM LISA TAYLOR and SYNDICATION ATTORNEYS, PLLC, a Florida Professional Limited Liability Company, <br><br> Counterclaimants, <br><br> v. <br><br> TROWBRIDGE SIDOTI LLP, a California Limited Liability Partnership, <br><br> Counterclaim Defendant. | Case No. 8:16-cv-00771-ODW-SK <br><br> **PLAINTIFF'S [proposed] SPECIAL VERDICT FORM** |

1       Pursuant to this Court's Order, plaintiff TROWBRIDGE SIDOTI LLP

2 hereby submits the following special verdict form.

3

4                      Respectfully submitted,

5

6 Dated: <u>September 18, 2017</u>        <u>    /s/ Ben T. Lila              </u>

7                      Ben T. Lila (SBN 246808)

                     Email: blila@mandourlaw.com

8                      Attorneys for plaintiff and

                     counterclaim defendant,

9                      TROWBRIDGE SIDOTI LLP

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **VERDICT FORM**

1.      Do you find that the Plaintiff Trowbridge Sidoti LLP ("Plaintiff") has proven by a preponderance of the evidence that it owned the domain name registration for syndicationlawyer.com?

_____ Yes _____ No

2.      If you marked "Yes" in response to question #1, do you find that the Plaintiff has proven by a preponderance of the evidence that Defendants Kim Lisa Taylor or Syndication Attorneys PLLC ("Defendants") converted the domain name registration for syndicationlawyer.com?

_____ Yes _____ No

3.      If you marked "Yes" in response to questions #1 and #2, how much has Plaintiff been damaged by Defendants' conversion of the domain registration for syndicationlawyer.com?

$_____.

4.      Do you find that the Plaintiff has proven by a preponderance of the evidence that it owned the domain name registration for syndicationlawyers.com?

_____ Yes _____ No

5.      If you marked "Yes" in response to question #4, do you find that the Plaintiff has proven by a preponderance of the evidence that Defendants converted the domain name registration for syndicationlawyers.com?

_____ Yes _____ No

6.      If you marked "Yes" in response to questions #4 and #5, how much has Plaintiff been damaged by Defendants' conversion of the domain registration for syndicationlawyers.com?

$_____.

7.      Do you find that the Plaintiff has proven by a preponderance of the evidence that it owned the domain name registration for syndicationattorneys.com?

_____ Yes _____ No

8.      If you marked "Yes" in response to question #7, do you find that the Plaintiff has proven by a preponderance of the evidence that Defendants converted the domain name registration for syndicationattorneys.com?

_____ Yes _____ No

9.      If you marked "Yes" in response to questions #7 and #8, how much has Plaintiff been damaged by Defendants' conversion of the domain registration for syndicationattorneys.com?

$_____$.

10.     Do you find that the Plaintiff has proven by a preponderance of the evidence that it owned the domain name registrations for: TrowbridgeAndTaylor.com, TrowbridgeTaylor.com, TrowbridgeTaylorLaw.com, TrowbridgeAndTaylorLaw.com, and TrowbridgeAndTaylorLLP.com ?

_____ Yes _____ No

11.     If you marked "Yes" in response to question #10, do you find that the Plaintiff has proven by a preponderance of the evidence that Defendants converted the domain name registrations for: TrowbridgeAndTaylor.com, TrowbridgeTaylor.com, TrowbridgeTaylorLaw.com, TrowbridgeAndTaylorLaw.com, and TrowbridgeAndTaylorLLP.com ?

_____ Yes _____ No

12.     If you marked "Yes" in response to questions #10 and #11, how much has Plaintiff been damaged by Defendants' conversion of the domain registrations for: TrowbridgeAndTaylor.com, TrowbridgeTaylor.com, TrowbridgeTaylorLaw.com, TrowbridgeAndTaylorLaw.com, and TrowbridgeAndTaylorLLP.com ?

$_____.

13.     Do you find that the Plaintiff has proven by a preponderance of the evidence that it owned the domain name registrations for: Regaattorney.com, Reg-A.com, Regulation-a.com, Regulationas.com, Privatemoneylaw.com and Thesyndicationattorneys.com?

_____ Yes _____ No

14.     If you marked "Yes" in response to question #13, do you find that the Plaintiff has proven by a preponderance of the evidence that Defendants converted the domain name registrations for: Regaattorney.com, Reg-A.com, Regulation-a.com, Regulationas.com, Privatemoneylaw.com and Thesyndicationattorneys.com?

_____ Yes _____ No

15.   If you marked "Yes" in response to questions #13 and #14, how much has Plaintiff been damaged by Defendants' conversion of the domain registrations for: Regaattorney.com, Reg-A.com, Regulation-a.com, Regulationas.com, Privatemoneylaw.com and Thesyndicationattorneys.com?

$_____.

16.   If you entered amounts in response to questions #3, #6, #9, #12 or #15, what is the total amount of damages for Defendants' conversion?

$_____.

17.   If you answered "Yes" in response to questions #2, #5, #8, #11 or #14, do you believe that Plaintiff has shown by clear and convincing evidence that Defendant Kim Lisa Taylor acted with malice, oppression, fraud or otherwise despicable conduct?

_____ Yes _____ No

18.     If you answered "Yes" in response to question #17, what amount of punitive damages do you award against Kim Lisa Taylor?

$_____.

You have completed your deliberations and should so notify the Clerk.

_____     _____
Foreperson                                                          Date

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on the below date, I filed the foregoing:

**PLAINTIFF'S [proposed] SPECIAL VERDICT FORM**

with the Court's CM/ECF electronic filing system, which will provide notice of the same on the following:

Robert Peter Weiss
NARVID SCOTT LLP
15165 Ventura Boulevard, Suite 315
Encino, CA 91403
Telephone: (818) 907-8986
Facsimile: (818) 907-9896
Email: rweiss@narvidscott.com
Attorneys for Defendants,
KIM LISA TAYLOR and
SYNDICATION ATTORNEYS, PLLC

Dated: September 18, 2017          /s/ Ben T. Lila
                                   Ben T. Lila
                                   Email: blila@mandourlaw.com

Civil Case No. 8:16-cv-00771-ODK-SK
PLAINTIFF'S [proposed] SPECIAL VERDICT FORM
-9-