1  MANDOUR & ASSOCIATES, APC
2  JOSEPH A. MANDOUR, III (SBN 188896)
   Email: jmandour@mandourlaw.com
3  BEN T. LILA (SBN 246808)
4  Email: blila@mandourlaw.com
   8605 Santa Monica Blvd., Suite 1500
5  Los Angeles, CA 90069
6  Telephone: (858) 487-9300
   Facsimile: (858) 487-9390
7  Attorneys for plaintiff,
8  TROWBRIDGE SIDOTI LLP

9              UNITED STATES DISTRICT COURT

10
11           CENTRAL DISTRICT OF CALIFORNIA

12  TROWBRIDGE SIDOTI LLP, a          )
13  California Limited Liability      ) Case No. 8:16-cv-00771-ODW-SK
    Partnership,                      )
14                                    )
         Plaintiffs,                  ) **PLAINTIFF'S**
15                                    ) **MEMORANDUM OF**
         v.                           ) **CONTENTIONS OF LAW**
16                                    ) **AND FACT**
    KIM LISA TAYLOR, an individual;   )
17  and SYNDICATION ATTORNEYS,        )
    PLLC, a Florida Professional Limited )
18  Liability Company,                )
                                      )
19       Defendants.                  )
                                      )
20  _____   )
                                      )
21  KIM LISA TAYLOR and               )
    SYNDICATION ATTORNEYS, PLLC,      )
22  a Florida Professional Limited Liability )
    Company,                          )
23                                    )
         Counterclaimants,            )
24                                    )
         v.                           )
25                                    )
    TROWBRIDGE SIDOTI LLP, a          )
26  California Limited Liability Partnership, )
                                      )
27       Counterclaim Defendant.      )
                                      )
28

## **TABLE OF CONTENTS**

I.   SUMMARY ......................................................................................................1

II.  ELEMENTS REQUIRED TO ESTABLISH PLAINTIFF'S CLAIM OF
CONVERSION: ..............................................................................................1

III.   KEY EVIDENCE IN SUPPORT OF PLAINTIFF'S CLAIM FOR
CONVERSION: ..............................................................................................2

Pursuant to Local Rule 16 and this Court's Scheduling Order, plaintiff TROWBRIDGE SIDOTI LLP hereby submit its memorandum of contentions of law and fact:

I. **SUMMARY**

The subject domain registrations are:
syndicationlawyer.com
syndicationlawyers.com
syndicationattorneys.com
Trowbridgeandtaylor.com
Trowbridgetaylor.com
Trowbridgetaylorlaw.com
Trowbridgeandtaylorlaw.com
Trowbridgeandtaylorllp.com
Thesyndicationlawyers.com
Regaattorney.com
Reg-A.com
Regulation-a.com
Regulationas.com
Privatemoneylaw.com
Thesyndicationattorneys.com

Claim 1: Defendants converted the subject domain registrations from Plaintiff.

II. **ELEMENTS REQUIRED TO ESTABLISH PLAINTIFF'S CLAIM OF CONVERSION:**

Element 1:  That Trowbridge Sidoti owned, possessed or had a right to possess the domain registrations at issue.

Element 2: That Kim Taylor or Syndication Attorneys PLLC intentionally and substantially interfered with Trowbridge Sidoti's property by one or more of the following:

taking possession of the domain registrations at issue; or,

preventing Trowbridge Sidoti from having access to the domain registrations; or,

refusing to return the domain registrations after Trowbridge Sidoti demanded their return.

3.     That Trowbridge Sidoti did not consent;

4.     That Trowbridge Sidoti was harmed; and,

5.     That Kim Taylor or Syndication Attorneys PLLC's conduct was a substantial factor in causing Trowbridge Sidoti's harm.

*See* CACI 2200.

## III.    <u>KEY EVIDENCE IN SUPPORT OF PLAINTIFF'S CLAIM FOR CONVERSION</u>:

In brief, the key evidence Plaintiff relies on for each of the elements of conversion is:

For element 1:

A.    <u>Summary</u>:

Plaintiff will submit testimony from Kim Taylor and Gene Trowbridge that the subject domains were acquired either for the Trowbridge & Taylor partnership or by the Trowbridge & Taylor partnership or by the Trowbridge Taylor & Sidoti partnership with partnership funds.  Plaintiff will submit emails showing that

Taylor admitted that these domains were "for the law firm."  Plaintiff will submit documentary evidence in the form of GoDaddy receipt showing that each domain was either purchased by or renewed by the Trowbridge & Taylor partnership. Plaintiff will submit testimony by Gene Trowbridge, Jillian Sidoti and, if necessary, Tim Ivey and documentary evidence in the form of GoDaddy receipts and emails that Trowbridge Taylor & Sidoti then continued to pay for and use said domains as successors in interest.

1.      Plaintiff is a law firm headquartered in Lake Forest, California that practices securities law.  [Trowbridge testimony].

2.      Plaintiff is the successor-in-interest, reverse chronologically, to Trowbridge, Taylor & Sidoti, LLP, Trowbridge & Taylor LLP, and Eugene Trowbridge, sole proprietorship.  [Trowbridge testimony].

3.      Eugene Trowbridge ("Trowbridge"), sole proprietorship, was a law firm that practiced securities law.  [Trowbridge testimony].

4.      On or about January 2008, defendant Taylor began working for Trowbridge as a contract attorney.  [KT Depo: 21, Exh. 2]

5.      During 2009, Trowbridge and Taylor discussed forming a partnership.  Toward this end, on June 1, 2009, Taylor emailed Trowbridge, "'Syndicationlawyers.com' is available.  I think it would be a nice website address for *us* and *we* can use it for emails also."  [Exh. 6] (emphasis added.)

6.      On June 4, 2009, Trowbridge replied, "I think *we* should get the domain and set it aside for *our* website.  For sure, one of us or the firm can use it." [Exh. 6] (emphasis added.)  That same day, Taylor replied, "I have reserved the domain 'Syndicationlawyers.com' for two years.  It could be a good website name or good brand *for us* with respect to internet search engines, etc."  [Exh. 6] (emphasis added.)

7.      Taylor submitted the receipt for the cost of reserving the

Syndicationlawyers.com domain name to Trowbridge, who reimbursed her for the cost.  [Godaddy receipt, Trowbridge testimony and QuickBooks entry.]

8.      In September 2009, Trowbridge and Taylor formed Trowbridge & Taylor LLP ("T&T").  [Exh. 4]  T&T began to operate as a partnership on January 1, 2010.  [KT Depo. 29]

9.      On April 16, 2010, Taylor emailed Trowbridge:

I have secured the following website domains from Godaddy for our law firm:

SyndicationLawyer.com
SyndicationLawyers.com
SyndicationAttorneys.com
TrowbridgeAndTaylor.com
TrowbridgeTaylor.com
TrowbridgeTaylorLaw.com
TrowbridgeAndTaylorLaw.com
TrowbridgeAndTaylorLLP.com [collectively herein, the "Domain Names"]

…I have set up a web hosting account for SyndicationLawyers.com, to which all other domains can be directed.
[Exh. 5]

10.     Taylor signed her April 16, 2010 email message "Kim Lisa Taylor, Esq., TROWBRIDGE & TAYLOR LLP".  [Exh. 5]

11.     Taylor paid for the Domain Names and web hosting account with a T&T firm debit card given to her by Trowbridge.  [Exh. 10]

12.     Taylor explained that T&T paid for the Domain Names and a web hosting account "[b]ecause the firm was using those names."  [KLT depo:92-93] She had previously advised Trowbridge, in connection with her blog posts on the firm website, "our website address is 'SyndicationLawyers.com' and not Trowbridge and Taylor, LLP."  [Exh. 12]

13.     Thereafter, SyndicationLawyers.com became the primary domain for

T&T's website.  A user linking to any of the other Domain Names would be automatically directed to the website identified by SyndicationLawyers.com. [Exh. 5]

14.    On August 30, 2011, Taylor emailed Trowbridge a "list of domains *we* currently have at GoDaddy.com," including SyndicationLawyers.com as the firm's "primary email and website domain."  [Exh. 46] (emphasis added.)  Taylor further advised: "I have all our stuff on auto-renew with the Company Credit card so it should never expire or get transferred."  [Exh. 46]

15.    T&T paid for website development and maintenance, as well as renewal of the Domain Names.  [KLT depo:53]

16.    Throughout her time at T&T, Taylor continuously referred to the Domain Names as firm assets, and continued to pay fees associated with them with firm funds.  For example, on March 6, 2013, Taylor notified Trowbridge: "Updated a bunch of our domains and charged the registered address to your PO Box at GoDaddy…Used T&T Debit card."  [Exh. 24]  In reference to a June 2013 business meeting memorandum, Taylor acknowledged that SyndicationLawyers.com was used synonymously with T&T.  [KLT:139/Exh. 20]

17.    In or about January 2014, Jillian Sidoti ("Sidoti") joined the existing partners of T&T to form Trowbridge, Taylor & Sidoti LLP ("TTS") as successor-in-interest of T&T.  [Sidoti testimony and Exhibit 9.]

18.    Trowbridge, Taylor and Sidoti each executed a new partnership agreement for TTS dated January 1, 2014, which specified in part:

> All real and personal property of the partnership shall be owned by the Partnership as an entity.  No Partner shall have any ownership interest in the Partnership Property in his or her own individual name or right.
>
>  [Exh. 9]

19.     Beginning in January 2014, TTS used SyndicationLawyers.com for its website.  [Trowbridge and Ivey testimony].

20.     The following domains were acquired and used by TTS with TTS funds:

Regaattorney.com
Reg-A.com
Regulation-a.com
Regulationas.com
Privatemoneylaw.com
Thesyndicationattorneys.com

[Taylor and Ivey testimony and GoDaddy receipts.]

21.     On March 21, 2016, Taylor notified Trowbridge and Sidoti that she was withdrawing from TTS to form a new firm in Florida.  [Exh. 26]  In her withdrawal letter, Taylor proposed to cross-market her new firm with Trowbridge and Sidoti using the SyndicationLawyers.com domain name.  [Exh. 26]

For Element 2:

A.     Summary:

Plaintiff will submit testimony evidence from Kim Taylor and, if necessary, Tim Ivey, that Kim Taylor changed the domain registration passwords and took control of the subject domains.

1.     Kim Taylor took control of the domain registrations by changing the GoDaddy account password(s).  [Taylor testimony and Ivey testimony.]

For Element 3:

A.     Summary:    Plaintiff will submit testimony evidence from Gene Trowbridge that plaintiff did not consent to Kim Taylor's taking of the domain

registrations.  If necessary, plaintiff will submit a letter sent to Kim Taylor demanding that the domains be returned.

1.     On March 23, 2016, Trowbridge advised Taylor that SyndicationLawyers.com was owned by Plaintiff.  [Trowbridge testimony and Exh. 27]  Specifically, Trowbridge wrote Taylor that she had registered that domain name as an agent for Plaintiff's predecessor, T&T, and that after T&T's dissolution Plaintiff had continued to pay for and use it.  *Id.*

For Element 4:

A.     Summary:

Plaintiff will submit testimony evidence from Gene Trowbridge and Jillian Sidoti regarding the harm associated with the taking of the domains and the value of lost clients.  Plaintiff will submit testimony evidence and/or interrogatory responses from Kim Taylor regarding the number of clients she acquired from Trowbridge Taylor & Sidoti.  Plaintiff will submit GoDaddy receipts showing the cost of the domains converted.

1.     Despite Trowbridge's written notification that Plaintiff owned the Domain Names, Taylor unilaterally took down TTS's website and stopped web hosting activity under the SyndicationLawyers.com domain name.  [KLT:175] Taylor also discontinued emails directed to addresses identified by that domain name.  [KLT:176]

2.     Plaintiff was compelled to purchase a new domain "crowdfundinglawyers.com" for $10,000 to replace the stolen domains. [Trowbridge, Sidoti and Ivey testimony.]

3.     Defendants acquired at least 20 clients from TT&S due to her

conversion of the domains.  [Taylor interrogatory responses.]

   4.      Each client averages roughly $15,000 in revenue for plaintiff. [Sidoti testimony and Utley testimony.]

   5.      Plaintiff was forced to re-market itself under the new domain name "crowdfundingattorneys.com" at a cost over $10,000.  [Trowbridge and Sidoti testimony.]

   6.      The subject domain registrations and webhosting were paid for by plaintiff.  [Trowbridge, Taylor and Utley testimony.]


   For Element 5:

   A.      Summary:

   Plaintiff will provide testimony evidence from Gene Trowbridge, Jillian Sidoti and Kim Taylor showing that the loss of the domains caused the harm in Element 4.  If necessary, Tim Ivey and David Utley can testify to the harm caused by Kim Taylor's actions.

   1.      Despite Trowbridge's written notification that Plaintiff owned the Domain Names, Taylor unilaterally took down TTS's website and stopped web hosting activity under the SyndicationLawyers.com domain name.  [KLT:175] Taylor also discontinued emails directed to addresses identified by that domain name.  [KLT:176]

   2.      Plaintiff was compelled to purchase a new domain "crowdfundinglawyers.com" for $10,000 to replace the stolen domains. [Trowbridge, Sidoti and Ivey testimony.]

   3.      Defendants acquired at least 20 clients from TT&S due to her conversion of the domains.  [Taylor interrogatory responses.]

   4.      Each client averages roughly $15,000 in revenue for plaintiff. [Sidoti

testimony and Utley testimony.]

     5.     Plaintiff was forced to re-market itself under the new domain name "crowdfundingattorneys.com" at a cost over $10,000.  [Trowbridge and Sidoti testimony.]

     6.     The subject domain registrations and webhosting were paid for by plaintiff.  [Trowbridge, Taylor and Utley testimony.]

Respectfully submitted,

Dated: September 18, 2017          /s/ Ben T. Lila
                              Ben T. Lila (SBN 246808)
                              Email: blila@mandourlaw.com
                              Attorneys for plaintiff and
                              counterclaim defendant,
                              TROWBRIDGE SIDOTI LLP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on the below date, I filed the foregoing:

**PLAINTIFF'S MEMORANDUM OF CONTENTIONS OF LAW AND FACT**

with the Court's CM/ECF electronic filing system, which will provide notice of the same on the following:

Robert Peter Weiss
NARVID SCOTT LLP
15165 Ventura Boulevard, Suite 315
Encino, CA 91403
Telephone: (818) 907-8986
Facsimile: (818) 907-9896
Email: rweiss@narvidscott.com
Attorneys for Defendants,
KIM LISA TAYLOR and
SYNDICATION ATTORNEYS, PLLC


Dated: September 18, 2017                    /s/ Ben T. Lila
                                             Ben T. Lila
                                             Email: blila@mandourlaw.com

Civil Case No. 8:16-cv-00771
PLAINTIFF'S MEMORANDUM OF
CONTENTIONS OF LAW AND FACT

-10-