UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 16-00771-ODW(SKx) | Date | January 17, 2018 |
|---|---|---|---|
| Title | Trowbridge Sidoti LLP v. Kim Lisa Taylor et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | Terri Hourigan |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Gordon E Gray , III | Robert Peter Weiss<br>Craig A Gelfound |

**Proceedings:**       **MOTIONS IN LIMINE**

Case called, appearances made. The Court gave tentative rulings on the motions in limine, with a caution that these were tentative. In addition, the court heard argument from defense counsel as stated on the record. The Court assured counsel that if the issues addressed in the MILs arise at trial the court will entertain further argument at that time.

**Plaintiffs':**
-MOTION IN LIMINE (#1) to Exclude Summary Judgment **[74]**-GRANT
-MOTION IN LIMINE (#2) to Exclude certain allegations as to Gene Trowbridge**[75]**-GRANT

**Defendants':**
-MOTION IN LIMINE (#2) to Exclude That Plaintiff Trowbridge Sidoti LLP is successor-in-interest **[78][83]**-DENY

-MOTION IN LIMINE (#3) to Exclude that Defendant Kim Lisa Taylor acquired SyndicationLawyer.com **[79][84]**- DENY

-MOTION IN LIMINE (#4) to Exclude that Plaintiff has lost clients, lost business, or has suffered any other economic damages **[80][85]**-Reserve ruling

-MOTION IN LIMINE (#1) to Exclude Evidence filed by Defendants and Counterclaimants **[82]**-Reserve ruling

Counsel shall file a revised statement in paragraph 5 in the pretrial conference order and file it no later than February 13, 2018.

                                                         :    47

Initials of Preparer      se