FILED
CLERK, U.S. DISTRICT COURT

FEB 2 3 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trowbridge Sidoti LLP, | Case No. SA CV 16-00771-ODW (SKx) |
| Plaintiff, | |
| v. | JURY VERDICT |
| Kim Lisa Taylor et al., | |
| Defendant. | |

## **VERDICT FORM**

1.      Do you find that Kim Taylor transferred her ownership in SYNDICATIONLAWYER.COM to the Trowbridge & Taylor partnership instead of simply allowing the partnership to use it?

_____✓ Yes. _____ No.

If you entered "YES", please proceed to question #2. If you entered "NO" please proceed to question #8.

2. Do you find that Trowbridge & Taylor transferred its ownership in SYNIDCATIONLAWYER.COM to the Trowbridge Taylor Sidoti partnership?

_____✓ Yes. _____ No.

If you entered "YES", please proceed to question #3. If you entered "NO" please proceed to question #8.

3.      Do you find that Plaintiff Trowbridge Sidoti LLP ("Plaintiff") has proven by a preponderance of the evidence that it owned, possessed or had the right to possess the SYNDICATIONLAWYER.COM domain?

_____✓ Yes. _____ No.

If you entered "YES", please proceed to question #4. If you entered "NO", please proceed to question #8.

4.      Do you find that the Plaintiff has proven by a preponderance of the evidence that Kim Taylor or Syndication Attorneys PLLC ("Defendants") intentionally and substantially interfered with Trowbridge Sidoti's domain, SYNDICATIONLAWYER.COM?

        ✓ Yes. ____ No.

If you entered "YES", then proceed to question #5. If you entered "NO", then proceed to question #8.

5.      Do you find that Plaintiff was harmed?

        ____ Yes. ✓ No.

If you entered "YES", proceed to question #6. If you entered "NO", proceed to question #8.

6.      Do you find that Defendants' conduct was a substantial factor in causing the harm to Plaintiff?

        ____ Yes. ____ No.

If you entered "YES", proceed to question #7. If you entered "NO", proceed to question #8.

7. How much has Plaintiff been damaged by Defendants' conduct?

$ _____

8. Do you find Kim Taylor acquired ownership of the domain SYNDICATION LAWYERS.COM when she registered it?

_____✓ Yes. _____ No.

If you entered "YES", proceed to question #10. If "NO", proceed to question #9.

9.      Do you find that Kim Taylor acquired ownership of the domain SYNDICATIONLAWYERS.COM on behalf of Trowbridge & Taylor when she registered it?

If you entered "YES", proceed to question #11. If "NO", proceed to question #10.

10. Do you find that Kim Taylor transferred her ownership in SYNDICATIONLAWYERS.COM to the Trowbridge & Taylor partnership instead of simply allowing the partnership to use it?

_____✓ Yes. _____ No.

If you entered "YES", please proceed to question #11. If you entered "NO" please proceed to question #17.

11.    Do you find that Trowbridge & Taylor transferred its ownership in SYNIDCATIONLAWYERS.COM to the Trowbridge Taylor Sidoti partnership?

✓ Yes. _____ No.

If you entered "YES", please proceed to question #12. If you entered "NO" please proceed to question #17.

12.    Do you find that Plaintiff Trowbridge Sidoti LLP ("Plaintiff") has proven by a preponderance of the evidence that it owned, possessed or had the right to possess the SYNDICATIONLAWYERS.COM domain?

✓ Yes. _____ No.

If you entered "YES", please proceed to question #13. If you entered "NO", please proceed to question #17.

13.    Do you find that the Plaintiff has proven by a preponderance of the evidence that Kim Taylor or Syndication Attorneys PLLC ("Defendants") intentionally and substantially interfered with Trowbridge Sidoti's domain, SYNDICATIONLAWYERS.COM?

✓ Yes. _____ No.

If you entered "YES", then proceed to question #14. If you entered "NO", then proceed to question #17.

14.   Do you find that Plaintiff was harmed?

___✓___ Yes. _____ No.

If you entered "YES" , proceed to question #15. If you entered "NO", proceed to question #17.

15.   Do you find that Defendants' conduct was a substantial factor in causing the harm to Plaintiff?

___✓___ Yes. _____ No.

If you entered "YES" , proceed to question #16. If you entered "NO", proceed to question #17.

16.   How much has Plaintiff been damaged by Defendants' conduct?

$ _7800.00_

Please proceed to question #17.

17.   Do you find Kim Taylor acquired ownership of the domain SYNDICATIONATTORNEYS.COM when she registered it?

_____ Yes. ___✓___ No.

If you entered "YES", proceed to question #19. If "NO", proceed to question #18.

Civil Case No. 8:16-cv-00771

18.    Do you find that Kim Taylor acquired ownership of the domain SYNDICATIONATTORNEYS.COM on behalf of Trowbridge & Taylor when she registered it?

 ✓  YES ____ NO

If you entered "YES", proceed to question #20. If "NO", proceed to question #19.

19. Do you find that Kim Taylor transferred her ownership in SYNDICATIONATTORNEYS.COM to the Trowbridge & Taylor partnership instead of simply allowing the partnership to use it?

____ Yes. ____ No.

If you entered "YES", please proceed to question #20. If you entered "NO" please proceed to question #26.

20.    Do you find that Trowbridge & Taylor transferred its ownership in SYNIDCATIONATTORNEYS.COM to the Trowbridge Taylor Sidoti partnership?

 ✓  Yes. ____ No.

If you entered "YES", please proceed to question #21. If you entered "NO" please proceed to question #26.

21.     Do you find that Plaintiff Trowbridge Sidoti LLP ("Plaintiff") has proven by a preponderance of the evidence that it owned, possessed or had the right to possess the SYNDICATIONATTORNEYS.COM domain?

   ✓ Yes. _____ No.

If you entered "YES", please proceed to question #22. If you entered "NO", please proceed to question #26.

22.     Do you find that the Plaintiff has proven by a preponderance of the evidence that Kim Taylor or Syndication Attorneys PLLC ("Defendants") intentionally and substantially interfered with Trowbridge Sidoti's domain, SYNDICATIONATTORNEYS.COM?

   ✓ Yes. _____ No.

If you entered "YES", then proceed to question #23. If you entered "NO", then proceed to question #26.

23.     Do you find that Plaintiff was harmed?

   _____ Yes.  ✓ No.

If you entered "YES" , proceed to question #24. If you entered "NO", proceed to question #26.

24.     Do you find that Defendants' conduct was a substantial factor in causing the harm to Plaintiff?

_____ Yes. _____ No.

If you entered "YES" , proceed to question #25. If you entered "NO", proceed to question #26.

25.     How much has Plaintiff been damaged by Defendants' conduct?

$_____

Please proceed to question #26.

26.     Do you find Kim Taylor acquired ownership of the domains: PRIVATEMONEYLAW.COM, THESYNDICATIONATTORNEYS.COM and THESYNDICATIONLAWYERS.COM when she registered them?

_____ Yes. __✓__ No.

If you entered "YES", proceed to question #28. If "NO", proceed to question #27.

27.     Do you find that Kim Taylor acquired ownership of the domains: PRIVATEMONEYLAW.COM, THESYNDICATIONATTORNEYS.COM and THESYNDICATIONLAWYERS.COM on behalf of the Trowbridge & Taylor partnership when she registered them?

✓ Yes. ____ No.

If you entered "YES", proceed to question #29. If "NO", proceed to question #28.

28.     Do you find that Kim Taylor transferred her ownership in PRIVATEMONEYLAW.COM, THESYNDICATIONATTORNEYS.COM and THESYNDICATIONLAWYERS.COM to the Trowbridge & Taylor partnership instead of simply allowing the partnership to use it?

____ Yes. _____ No.

If you entered "YES", please proceed to question #29. If you entered "NO" please proceed to question #35.

29.     Do you find that Trowbridge & Taylor transferred its ownership in PRIVATEMONEYLAW.COM, THESYNDICATIONATTORNEYS.COM and THESYNDICATIONLAYWERS.COM to the Trowbridge Taylor Sidoti partnership?

✓ Yes. _____ No.

If you entered "YES", please proceed to question #30. If you entered "NO" please proceed to question #35.

30.     Do you find that Plaintiff Trowbridge Sidoti LLP ("Plaintiff") has proven by a preponderance of the evidence that it owned, possessed or had the right to possess PRIVATEMONEYLAW.COM,

THESYNDICATIONATTORNEYS.COM and

THESYNDICATIONLAWYERS.COM domains?

_____✓_____ Yes. _____ No.

If you entered "YES", please proceed to question #31. If you entered "NO", please

proceed to question #35.

    31.    Do you find that the Plaintiff has proven by a preponderance of the

evidence that Kim Taylor or Syndication Attorneys PLLC ("Defendants")

intentionally and substantially interfered with Trowbridge Sidoti's domains:

PRIVATEMONEYLAW.COM, THESYNDICATIONATTORNEYS.COM and

THESYNDICATIONLAWYERS.COM?

_____✓_____ Yes. _____ No.

If you entered "YES", then proceed to question #32. If you entered "NO", then

proceed to question #35.

    32.    Do you find that Plaintiff was harmed?

_____ Yes. ____✓____ No.

If you entered "YES" , proceed to question #33. If you entered "NO", proceed to

question #35.

33.     Do you find that Defendants' conduct was a substantial factor in causing the harm to Plaintiff?

_____ Yes. _____ No.

If you entered "YES", proceed to question #34. If you entered "NO", proceed to question #35.

34.     How much has Plaintiff been damaged by Defendants' conduct?

$_____

Please proceed to question #35.

35.     Do you find Kim Taylor acquired ownership of the domains: Regaattorney.com, Reg-A.com, Regulation-a.com and Regulationas.com when Tim Ivey registered them Kim Taylor's account?

_____ Yes. ___✓___ No.

If you entered "YES", proceed to question #37. If "NO", proceed to question #36.

36.     Do you find that Kim Taylor acquired ownership of the domains: Regaattorney.com, Reg-A.com, Regulation-a.com and Regulationas.com on behalf of the Trowbridge Taylor Sidoti partnership when Tim Ivey registered them in Kim Taylor's account?

✓ Yes. _____ No.

If you entered "YES", proceed to question #38. If "NO", proceed to question #37.

37.   Do you find that Kim Taylor transferred her ownership in Regaattorney.com, Reg-A.com, Regulation-a.com and Regulationas.com to the Trowbridge Taylor Sidoti partnership instead of simply allowing the partnership to use it?

_____ Yes. _____ No.

If you entered "YES", please proceed to question #38. If you entered "NO" please proceed to question #43.

38.   Do you find that Plaintiff Trowbridge Sidoti LLP ("Plaintiff") has proven by a preponderance of the evidence that it owned, possessed or had the right to possess Regaattorney.com, Reg-A.com, Regulation-a.com and Regulationas.com domains?

✓ Yes. _____ No.

If you entered "YES", please proceed to question #39. If you entered "NO", please proceed to question #43.

39.   Do you find that the Plaintiff has proven by a preponderance of the evidence that Kim Taylor or Syndication Attorneys PLLC ("Defendants")

intentionally and substantially interfered with Trowbridge Sidoti's domains:

Regaattorney.com, Reg-A.com, Regulation-a.com and Regulationas.com

__✓__ Yes. _____ No.

If you entered "YES", then proceed to question #40. If you entered "NO", then proceed to question #43.

    40.    Do you find that Plaintiff was harmed?

_____ Yes. __✓__ No.

If you entered "YES" , proceed to question #41. If you entered "NO", proceed to question #43.

    41.    Do you find that Defendants' conduct was a substantial factor in causing the harm to Plaintiff?

_____ Yes. _____ No.

If you entered "YES" , proceed to question #42. If you entered "NO", proceed to question #43.

    42.    How much has Plaintiff been damaged by Defendants' conduct?

$_____

Civil Case No. 8:16-cv-00771

Please proceed to question #43.

43.    If you entered "No" or did not answer questions: 14, 23, 32, and 40 then sign and date the verdict form. You have completed your deliberations.

If you entered "Yes" in any of questions: 14, 23, 32 or 40, then proceed to question #44.

44.    If you entered any amounts in response to questions: 16, 25, 34 or 42 then enter the sum of these amounts in the space below.

$ _7800.00_

Sign and date the verdict form. You have completed your deliberations.

_____          _2-23-2018_
Foreperson                        Date