# United States District Court

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

TROWBRIDGE SIDOTI, LLP

Plaintiffs

vs.

KIM LISA TAYLOR, ET AL.,

Defendants

Case No.  CV 16-00771-ODW

**QUESTION FROM THE JURY**

QUESTION #  1

Date:  02-23-2018

Question 17 begins on line 27 of page 5. The answer to question 17 begins on the next page, which is page 6 line 2.