FILED
CLERK, U.S. DISTRICT COURT
FEB 23 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.   SA CV 16-00771-ODW(SKx)           Date: 2-23-18

Time: 2:53 pm

JURY NOTE NUMBER 1

_____   THE JURY HAS REACHED A UNANIMOUS VERDICT

___/___    THE JURY REQUESTS THE FOLLOWING:

PAGE 6 LINE 5 HAS NO YES OR NO AREA TO CHECK, MARK, OR INDICATE DECISION.

SIGNED: _____
         FOREPERSON OF THE JURY