

FILED
CLERK, U.S. DISTRICT COURT

FEB 2 3 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.   SA CV 16-00771-ODW(SKx)          Date: 2-23-2018

                                            Time: 3:20 PM

JURY NOTE NUMBER 2

___✓___          THE JURY HAS REACHED A UNANIMOUS VERDICT

_____          THE JURY REQUESTS THE FOLLOWING:

_____

_____

_____

_____

_____

_____

_____

_____

SIGNED: _____  2-23-2018
         FOREPERSON OF THE JURY